IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 19-128 |
| JOSHUA BRIOSO ET AL. | : | |

### WITHDRAWAL OF APPEARANCE

Kindly withdraw the appearance of former Assistant United States Attorney Seth M. Schlessinger on behalf of the United States of America.

JACQUELINE C. ROMERO
UNITED STATES ATTORNEY


 /s Kevin Jayne
Kevin Jayne
Assistant United States Attorney